UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAN SINGH MULTANI,

        Plaintiff,  Civil No. 2:11cv14514
v.  HON. GEORGE CARAM STEEH
  MAG. JUDGE MARK A. RANDON
UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, an agency of the
United States government; MICHAEL J. KLINGER,
Field Office Director, United States Citizenship
and Immigration Services' Detroit District Office;
and JACK Y. LIN, former Field Office Director,
United States Citizenship and Immigration Services'
Detroit District Office,

        Defendants.
_____/

## STIPULATED ORDER HOLDING CASE IN ABEYANCE

Plaintiff Mohan Singh Multani and defendants United States Citizenship and Immigration Services, *et al.*, by and through their undersigned attorneys, stipulate to entry of an order holding the above-captioned case in abeyance for 60 days while USCIS determines whether, in light of the Board of Immigration Appeal's April 17, 2012 decision in *Matter of Arrabally*, 25 I&N Dec. 771 (BIA 2012), it will administratively reopen plaintiff's Form I-485, Application to Adjust Status. If the agency reopens and grants the I-485, the above-captioned case will become moot.

| PISTON & CARPENTER, P.C. | BARBARA L. McQUADE |
| | United States Attorney |
| | |
| *Michael Piston (with consent)* | *s/Derri T. Thomas* |
| MICHAEL PISTON (P34568) | DERRI T. THOMAS (P53439) |
| Attorneys for Plaintiff | Assistant U.S. Attorney |
| 4000 Livernois, Suite 110 | 211 W. Fort Street, Suite 2001 |
| Troy, MI 48098 | Detroit, MI 48226-3211 |
| (248) 524-1936 | (313) 226-9153 |
| michael@piston.net | derri.thomas@usdoj.gov |
| | |
| Dated: April 30, 2012 | Dated: April 30, 2012 |

2

In light of the foregoing stipulation, **IT IS ORDERED** that the above-captioned matter be held in abeyance for 60 days, until July 1, 2012.

S/George Caram Steeh  
GEORGE CARAM STEEH  
United States District Judge

Dated: May 1, 2012

2